# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EARL NELSON,<br><br>     Petitioner,<br><br>  v.<br><br>ROBERT FOX, Warden,<br><br>     Respondent. | Case No. 2:17-CV-08785-JFW (SK)<br><br>**JUDGMENT** |

   Pursuant to the Order Denying Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.


DATED: <u>March 28, 2019</u>     _____

             JOHN F. WALTER
             U.S. DISTRICT JUDGE